# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JEFFERY HUDSON MCELWAIN,

    Plaintiff,

v.                                      CASE NO. 3:20cv5839-MCR-HTC

WILLIAM EDDINS and
LAURA YOUNG,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 6, 2020. ECF No. 5. Plaintiff was provided a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2. Plaintiff's complaint, ECF No. 1, is DISMISSED for failure to state a claim on which relief may be granted.

3. The clerk is directed to close this file.

**DONE and ORDERED** this 9th day of November 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**